UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>        Plaintiff,<br><br>    v.<br><br>CLAUDIA WILKEN, et al.,<br><br>        Defendants. | Case No. 16-cv-03308-VC  (PR)<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT WITH PREJUDICE**<br><br>Re: Dkt. No. 3 |

      Plaintiff Steven Wayne Bonilla is a state prisoner who alleges constitutional violations against District Court Judges Claudia Wilken and Yvonne Gonzalez Rogers.  Bonilla has been disqualified from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint.  28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR).

      The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing.  Therefore, he may not proceed *in forma pauperis*.  Furthermore, he may not proceed even if he pays the filing fee because federal judges are absolutely immune from suit for damages for judicial acts taken within the jurisdiction of their courts.  *Mireles V. Waco*, 502 U.S. 9, 9 (1991).  This judicial immunity also applies to actions for declaratory, injunctive and other equitable relief.  *Mullis v. Bankruptcy Court for the District of Nevada*, 828 F.2d 1385, 1394 (9th Cir. 1987).  This lawsuit is also barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

      Accordingly, the motion to proceed *in forma pauperis* is denied and this complaint is

dismissed with prejudice.  The Clerk of the Court shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated:  July 29, 2016

_____
VINCE CHHABRIA
United States District Judge